**STATE of Missouri, Respondent,**

v.

**Loren CECIL, Appellant.**

**No. WD 69452.**

Missouri Court of Appeals, Western District.

Jan. 20, 2009.

Rosalynn Koch, Esq., Columbia, MO, for appellant.

Sydney F. Weybrew, Jr., Esq., Oregon, MO, for respondent.

DIV I: HARDWICK, P.J., ELLIS, J. and NEWTON, C.J.

ORDER

PER CURIAM.

Loren Cecil challenges the sufficiency of the evidence to support his conviction for second-degree child molestation, a violation of Section 566.068, RSMo 2000. For reasons explained in a Memorandum pro-vided to the parties, we find no error and affirm the conviction.

Affirmed. **Rule 30.25(b).**